STATE OF INDIANA    )
                   )SS:
COUNTY OF ADAMS    )

IN THE ADAMS SUPERIOR COURT

CAUSE NO:  01D01-1005-CT- 0005

ALFRED P. CERNA         )

       Plaintiff,         )

       v.           )

PRESTRESS SERVICES     )
INDUSTRIES, LLC.,       )
       Defendant.    )

GAYLA REINHART CLERK

2010 MAY 25 AM 9: 59

CLERK OF ADAMS COUNTY COURTS

## COMPLAINT

COMES NOW Plaintiff, Alfred P. Cerna, by counsel, and alleges against the Defendant that:

1.    The Plaintiff is Alfred P. Cerna, an employee of the Defendants, and a resident of Adams County, Decatur Indiana at all material times to this Complaint.

2.    The Defendant is Prestress Services Industries, LLC. ("Prestress Services Industries"), a company doing business at 7855 Northwest Winchester Road, Decatur, Indiana 46733. The Defendant's home office is located at 3297 Havel Drive, Cleveland Ohio 44122. The Defendant is an "employer" for the purposes of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000(e) et seq. ("Title VII") and 42 U.S.C. § 1981.

3.    The Plaintiff filed an EEOC Charge of Discrimination on February 11, 2009, FEPA No. EC-0062-A9/EEOC No. 24D-2009-00188, a copy of which is attached hereto, incorporated herein, and made a part hereof as Exhibit "A". The EEOC issued its Notice of Rights to Sue on February 24, 2010, a copy of which is attached hereto as



EXHIBIT
A

Exhibit "B". All administrative remedies have been exhausted, and all jurisdictional

prerequisites have been met for the filing of this suit.

4.    The Plaintiff was a qualified individual of Hispanic national origin, who worked for

the Defendant from on or about May 12, 2008, until his termination on or about

October 4, 2008. During that time, he performed within the reasonable expectations

of his employer and had never been notified of any alleged performance or

attendance problems by the employer.

5.    On or about October 3, 2008, the Plaintiff's supervisor told him that he had shown

the Plaintiff a "warning reprimand" for alleged insubordination. The Plaintiff told

his supervisor that this was untrue. The supervisor then instructed the Plaintiff to

clock out and never return to work. On or about October 6, 2008, the Plaintiff

contacted the Defendant's administrative representative, who eventually confirmed

that the Defendant had terminated the Plaintiff.

6.    The Plaintiff alleges that the Defendant discriminated against him on the basis of his

national origin (Hispanic/Mexican), in violation of the Plaintiff's rights under Title

VII and § 1981. In support of this claim, the Plaintiff states as follows:

a.    The Plaintiff had been performing within the reasonable expectations of the

employer at the time of termination, and had never been notified of any

performance, attendance, or other disciplinary concerns by the Defendant

prior to being told to leave work on October 3, 2008;

b.    Similarly-situated Caucasian/White/non-Mexican-American employees that

received reprimands or disciplinary action were retained by the Defendant

2

instead of being terminated.

7.   The Defendant's wrongful, discriminatory termination of the Plaintiff was the direct and proximate cause of the Plaintiff suffering the loss of his job and job-related benefits including income, and subjected the Plaintiff to inconvenience, mental anguish, emotional distress, and other damages and injuries.

8.   The Defendant's wrongful and discriminatory conduct was intentional, knowing, willful, wanton, and in reckless disregard of the Plaintiff's federally protected rights under Title VII and § 1981. Imposition of punitive damages is therefore appropriate.

WHEREFORE, the Plaintiff respectfully prays for judgment against the Defendant for compensatory damages, punitive damages, reasonable attorney's fees and costs, and all other just and proper relief in the premises.

## JURY TRIAL DEMAND

Pursuant to Rule 38 of the Indiana Rules of Trial Procedure, Plaintiff demands a trial by jury in this action.

Respectfully submitted,

CHRISTOPHER C. MYERS & ASSOCIATES

Christopher C. Myers, #10043-02
Ilene M. Smith, #22818-02
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802-2307
Telephone:     (260) 424-0600
Facsimile:     (260) 424-0712
Attorneys for Plaintiff

IMS/js
S:\Cerna, Alfred\Pleadings\Complaint.wpd

3

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form | [X] FEPA [X] EEOC | EC-0062-A9 24D-2009-00188 |

City of Fort Wayne Metro Human Relations Commission ___ and EEOC
*State or local Agency  if any*

| Name (indicate Mr. Ms. Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Alfred P. Cerna | (260) 724-2755 | |

Street Address — City State and ZIP Code
721 Meibers Street, Decatur, IN 46733

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee. or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| PRESTRESS SERVICES INDUSTRIES LLC | 15 - 100 | (260) 724-7117 |

Street Address — City, State and ZIP Code
7855 Nw Northwest Winchester Road, Decatur, IN 46733

| Name | No Employees, Members | Phone No (Include Area Code) |
|---|---|---|
| | | |

Street Address — City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es))

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [X] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest 10-04-2008  Latest 10-04-2008
[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I am a qualified individual who worked for Prestress Services Industries LLC from May 12, 2008, until my termination October 4, 2008. On October 3, 2008, Supervisor, Dan Urick informed me that he showed me a warning reprimand for being insubordinate. I told him that he did not. He then instructed me to clock out and not to come back. On October 6, 2008, I contacted Administrator, Amy Pine and she spoke with Steve Fisher and he stated, "I had been terminated." I feel that the company wrongfully terminated my employment when other white employees, Nate Olberdine and Nick Seip have reprimands and are not terminated.

For these reasons, I feel that I have been discriminated against on the basis of my National Origin, (Mexican) in violation of Title VII of the Civil Rights Act of 1964 as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Feb 11, 2009
Date — Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month day year)

Exhibit A

EEOC Form 161-B (11/09)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

To:  Alfred P. Cerna
     721 Melbers Street
     Decatur, IN 46733

From:  Indianapolis District Office
       101 West Ohio St
       Suite 1900
       Indianapolis, IN 46204

[ ]  On behalf of person(s) aggrieved whose identity is
     CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 24D-2009-00188 | Randy G. Poynter, Enforcement Supervisor | (317) 226-5670 |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X]  More than 180 days have passed since the filing of this charge.

[ ]  Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X]  The EEOC is terminating its processing of this charge.

[ ]  The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, the paragraph marked below applies to your case:

[ ]  The EEOC is closing your case. Therefore, your lawsuit under the ADEA must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ]  The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Danny G. Harter,
Director

FEB 2 4 2010

*(Date Mailed)*

Enclosures(s)

cc:  Ms. Laurie Linkous
     Director of Human Resources
     Prestress Services Industries, LLC
     P.O. Box 55436
     Lexington, KY 40555-5436

Exhibit B